# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**TOMMIE DEXTER**                                                                                      **PLAINTIFF**

**v.**                                       **CIVIL NO. 1:17cv55-HSO-RHW**

**ROSE MARY BUELER, COMMISSIONER**[1]                   **DEFENDANT**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS OF FACT AND RECOMMENDATION [12], AFFIRMING DECISION OF COMMISSIONER, AND DISMISSING PLAINTIFF'S COMPLAINT [1]

This matter comes before the Court on the Proposed Findings of Fact and Recommendation [12] of United States Magistrate Judge Robert H. Walker, entered in this case on June 15, 2018. After due consideration of the Proposed Findings of Fact and Recommendation [12], Plaintiff Tommie Dexter's Complaint [1], the record as a whole, and relevant legal authority, the Court finds that the Magistrate Judge's Proposed Findings of Fact and Recommendation should be adopted, that the decision of Nancy A. Berryhill, Acting Commissioner of Social Security ("Commissioner") should be affirmed, and that the Plaintiff's Complaint should be dismissed.

## I. BACKGROUND

On March 2, 2017, pro se Plaintiff Tommie Dexter ("Plaintiff") filed her Complaint [1] asserting that the Commissioner's decision to terminate Social Security disability insurance benefits under Title II and supplemental security

---

[1] As noted in Defendant's memorandum, Nancy A. Berryhill is now the Acting Commissioner of Social Security. Mem. [11] at 1 n.1.

income under Title XVI should be modified and that she should be granted

"monthly maximum insurance benefits," or, alternatively, that her case should be

remanded for reconsideration of the evidence. Compl. [1] at 3-4. On June 9, 2017,

the Commissioner filed an Answer [8] along with a copy of the Administrative

Record [9].

On August 21, 2017, Plaintiff filed a two-page Response [10] in Opposition to

Answer to Complaint [13] stating that she underwent a total hip replacement at age

15 and has had "bad eyes since 12 years," Resp. in Opp'n [10] at 1, and attached as

Exhibit "A" a total of forty pages of miscellaneous medical records, Ex. "A" [10-1].

The Commissioner's Memorandum [11] in Opposition to Complaint was filed on

October 20, 2017.

On June 15, 2018, United States Magistrate Judge Robert H. Walker entered

a Proposed Findings of Fact and Recommendation [12], recommending that the

decision of the Commissioner be affirmed. To date, no objection to the Proposed

Findings of Fact and Recommendation has been filed, and the time for doing so has

expired.[2]

---

[2] The docket reflects that on July 5, 2018, an Acknowledgment of Receipt [14] of the Proposed Findings of Fact and Recommendation signed by William Calvert was received by the Clerk of Court. In addition, the unopened envelope [13] containing the Proposed Findings of Fact and Recommendation had been received by the Clerk on July 3, 2018, marked "Return to Sender, Unclaimed, Unable to Forward."
Based upon the July 5, 2018, Acknowledgment of Receipt [14], any objections should have been filed by Plaintiff on or before July 19, 2018. *See* 28 U.S.C. § 636(b)(1) (requiring objections to be filed within fourteen days of receipt of a copy of the Report and Recommendation).

## II. DISCUSSION

Where no party has objected to a magistrate judge's proposed findings of fact and recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. §636(b)(1) ("a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made"). In such cases, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having conducted the required review, the Court concludes that the Magistrate Judge's findings are not clearly erroneous, nor are they an abuse of discretion or contrary to law. The Court will adopt the Magistrate Judge's Proposed Findings of Fact and Recommendation [12] as the opinion of this Court.

## III. CONCLUSION

After a thorough review and consideration of Magistrate Judge Robert H. Walker's Proposed Findings of Fact and Recommendation [12], the record as a whole, and relevant legal authority, the Court concludes that the Magistrate Judge's Proposed Findings of Fact and Recommendation [12] should be adopted as the finding of this Court, that the Commissioner's decision should be affirmed, and that Plaintiff's Complaint [1] should be dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that United States Magistrate Judge Robert H. Walker's Proposed Findings of Fact and

3

Recommendation [12], entered in this case on June 15, 2018, is **ADOPTED** as the finding of this Court, and the Commissioner's decision is **AFFIRMED.** Plaintiff's Complaint [1] is **DISMISSED WITH PREJUDICE.** A separate judgment will be entered in accordance with this Order, as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED**, this the 24th day of July, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE