IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TOMIE DEXTER**                                            **PLAINTIFF**

v.                                                       **CIVIL NO. 1:17cv55-HSO-RHW**

**ROSE MARY BUEHLER, COMMISSIONER**                      **DEFENDANT**

# FINAL JUDGMENT

This matter came before the Court on United States Magistrate Judge Robert H. Walker's June 15, 2018, Proposed Findings of Fact and Recommendation [12]. The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 24th day of July, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE